UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,                                HON. R. ALLAN EDGAR

v.                                      Case No. 2:08-cr-21

KEVIN J. HALFADAY,

        Defendant.

_____/


**ORDER OF DETENTION**


        Defendant appeared before the undersigned on December 5, 2011, on a warrant of

arrest issued for alleged violations of defendant's conditions of supervised release. Defendant

indicated to the court that he waived his right to a preliminary hearing and his right to appear before

a district judge. A recommendation for detention pending further proceedings was received by the

court. The government indicated it concurred with probation's recommendation; defense counsel

indicated that defendant took no position with regard to detention. Accordingly, IT IS HEREBY

ORDERED that the defendant shall be detained pending further proceedings, with defendant

reserving the right to request a detention hearing at a later date.

        IT IS SO ORDERED.

Date: December 6, 2011                         /s/ Timothy P. Greeley
                                           TIMOTHY P. GREELEY
                                           United States Magistrate Judge